RECEIVED
IN LAKE CHARLES, LA.

SEP 23 2014

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TROY ANTHONY LANZETTA | * | CIVIL ACTION NO. 2:13-CV-00432 |
| | * | |
| **Plaintiff** | * | |
| | * | SECTION P |
| V. | * | |
| | * | |
| TERRY TERRELL, ET AL. | * | JUDGE MINALDI |
| | * | |
| **Defendants** | * | |
| | * | MAGISTRATE JUDGE KAY |

**************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 18] of the Magistrate

Judge previously filed herein, after an independent review of the record, a *de novo* determination

of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's complaint be and hereby is **DISMISSED** in

accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 17 day of _Sept_____, 2014.


PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE